```
Annie Lau (SBN 302438)
     E-Mail: alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
JUSTWORKS EMPLOYMENT GROUP LLC
```

FILED

Feb 13 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MARCIA HIGGINS, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>BLACK TEACHER COLLABORATIVE, INC., et al.,<br><br>           Defendants. | Case No. 3:23-cv-05847-TSH<br><br>**DEFENDANT JUSTWORKS EMPLOYMENT GROUP LLC'S REQUEST FOR REMOTE APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>DATE:  February 15, 2024<br>TIME:  10:00 a.m.<br>CRTM: E, 15th Floor<br><br>Complaint Filed: October 6, 2023<br>Removal Filed: November 13, 2023<br>Trial Date:          None set |

Pursuant to Civil Local Rule 16-10(a) Defendant JUSTWORKS EMPLOYMENT GROUP LLC ("Defendant") by and through their counsel of records, request to participate by telephone in the Initial Case Management Conference in the above-entitled case scheduled for February 15, 2024 at 10:00 a.m.

Dated: February 12, 2024                    FISHER & PHILLIPS LLP


                                            By: /s/ Annie Lau
                                            Annie Lau
                                            Attorneys for Defendant
                                            JUSTWORKS EMPLOYMENT GROUP LLC

**[PROPOSED] ORDER**

~~IT IS HEREBY ORDERED that counsel for Defendant JUSTWOKS EMPLOYMENT GROUP LLC is permitted to appear by telephone at the Initial Case Management Conference scheduled for February 15, 2024, at 10:00 a.m.~~

Dated: _____

HON. _____
UNITED STATES DISTRICT JUDGE



DATED: 2/13/2024

DENIED AS MOOT.

The Case Management Conference which was scheduled for 2/15/2024 AT 10:00 am was VACATED in ECF Docket No. 23. The Case Management Conference is off calendar.